# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2014

144588

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SERGIO SHAWNTEZ PRINCE,
      Defendant-Appellant.

SC: 144588
COA: 305703
Wayne CC: 91-012854-FC

_____/

     By order of November 6, 2013, the application for leave to appeal the December 27, 2011 order of the Court of Appeals was held in abeyance pending the decisions in *People v Carp* (Docket No. 146478) and *People v Eliason* (Docket No. 147428). On order of the Court, the cases having been decided on July 8, 2014, 496 Mich 440 (2014), the application is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2014



Clerk

h1215